**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-7078

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARCUS ANTONIO BLANKS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:18-cr-00107-D-2)

Submitted:  May 28, 2026                                    Decided:  June 2, 2026

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Antonio Blanks, Appellant Pro Se.  Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Blanks appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no abuse of discretion in the denial of Blanks's motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (providing standard). Accordingly, we affirm the district court's order. *United States v. Blanks*, No. 7:18-cr-00107-D-2 (E.D.N.C. Dec. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*